STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov
           andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-00289 CRB |
| Plaintiff, | |
| v. | **UNITED STATES' AMENDED EXHIBIT LIST** |
| JASON LEE, | |
| Defendant. | |

    The United States respectfully submits the following list of exhibits it may introduce at a trial of this matter. The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its Exhibit List. Accordingly, leave is respectfully requested to amend this list as circumstances may change.

DATED: December 10, 2021                  Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney

                                                         */s/ Robert David Rees*
                                                         ROBERT DAVID REES
                                                         ANDREW PAULSON
                                                         Assistant United States Attorneys

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 1 | | | | Ruger LCP .380 caliber pistol seized on November 7, 2019 |
| 2 | | | | Ammunition in firearm seized on November 7, 2019 |
| 3 | | | | Shell casing seized from scene of incident on November 7, 2019 |
| 4 | | | | Mail seized on November 7, 2019 from 25 Garnett Terrace |
| 5 | | | | California ID card for Jason Lee seized on November 7, 2019 |
| 6 | | | | Clothing the defendant was wearing on November 7, 2019 |
| 7 | | | | DNA swabs of Ruger LCP .380 caliber pistol seized on November 7, 2019 |
| 8 | | | | DNA swabs of the defendant |
| 9 | LEE-000945 | LEE-000945 | 7-Nov-19 | 911 Call |
| 10 | LEE-000935 | LEE-000944 | 7-Nov-19 | SFPD CAD Report |
| 11 | LEE-000946 | LEE-000946 | | CAD Recording |
| 12 | LEE-000947 | LEE-000947 | | CAD Recording |
| 13 | LEE-000948 | LEE-000948 | | CAD Recording |
| 14 | LEE-000949 | LEE-000949 | | CAD Recording |
| 15 | LEE-000950 | LEE-000950 | | CAD Recording |
| 16 | LEE-000951 | LEE-000951 | | CAD Recording |
| 17 | LEE-000952 | LEE-000952 | | CAD Recording |
| 18 | LEE-000953 | LEE-000953 | | CAD Recording |
| 19 | LEE-000954 | LEE-000954 | | CAD Recording |
| 20 | LEE-000955 | LEE-000955 | | CAD Recording |
| 21 | LEE-000956 | LEE-000956 | | CAD Recording |
| 22 | LEE-000957 | LEE-000957 | | CAD Recording |
| 23 | LEE-000196 | LEE-000196 | 7-Nov-19 | Video of altercation between the victim and the defendant |
| 24 | LEE-000178 | LEE-000178 | 7-Nov-19 | Photo of shell case at scene |
| 25 | LEE-000179 | LEE-000179 | 7-Nov-19 | Photo of shell case at scene |
| 26 | LEE-000180 | LEE-000180 | 7-Nov-19 | Photo of victim and her dog |
| 27 | LEE-000181 | LEE-000181 | 7-Nov-19 | Photo of victim and her dog |
| 28 | LEE-000182 | LEE-000182 | 7-Nov-19 | Photo of victim and her dog |
| 29 | LEE-000261 | LEE-000261 | 7-Nov-19 | Body worn camera footage - Halligan |
| 30 | LEE-000246 | LEE-000246 | 7-Nov-19 | Body worn camera footage - Barnecut (1) |
| 31 | LEE-000247 | LEE-000247 | 7-Nov-19 | Body worn camera footage - Barnecut (2) |

*United States v. Jason Lee* (Case No. 3:21-cr-00289-CRB)
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 32 | LEE-000248 | LEE-000248 | 7-Nov-19 | Body worn camera footage - Reiter |
| 33 | LEE-000234 | LEE-000234 | 7-Nov-19 | Body worn camera footage - Lyons (1) |
| 34 | LEE-000257 | LEE-000257 | 7-Nov-19 | Body worn camera footage - Lyons (2) |
| 35 | LEE-000235 | LEE-000235 | 7-Nov-19 | Body worn camera footage - Murphy |
| 36 | LEE-000236 | LEE-000236 | 7-Nov-19 | Body worn camera footage - Rosenberg |
| 37 | LEE-000237 | LEE-000237 | 7-Nov-19 | Body worn camera footage - Silver (1) |
| 38 | LEE-000240 | LEE-000240 | 7-Nov-19 | Body worn camera footage - Silver (2) |
| 39 | LEE-000255 | LEE-000255 | 7-Nov-19 | Body worn camera footage - Zapponi (1) |
| 40 | LEE-000238 | LEE-000238 | 7-Nov-19 | Body worn camera footage - Zapponi (2) |
| 41 | LEE-000239 | LEE-000239 | 7-Nov-19 | Body worn camera footage - Hawkins |
| 42 | LEE-000241 | LEE-000241 | 7-Nov-19 | Body worn camera footage - McEachern |
| 43 | LEE-000249 | LEE-000249 | 7-Nov-19 | Body worn camera footage - Dixon |
| 44 | LEE-000250 | LEE-000250 | 7-Nov-19 | Body worn camera footage - Otaguro |
| 45 | LEE-000251 | LEE-000251 | 7-Nov-19 | Body worn camera footage - Ng (1) |
| 46 | LEE-000253 | LEE-000253 | 7-Nov-19 | Body worn camera footage - Borgen (1) |
| 47 | LEE-000252 | LEE-000252 | 7-Nov-19 | Body worn camera footage - Borgen (2) |
| 48 | LEE-000256 | LEE-000256 | 7-Nov-19 | Body worn camera footage - Dudley |
| 49 | LEE-000258 | LEE-000258 | 7-Nov-19 | Body worn camera footage - Morse (1) |
| 50 | LEE-000259 | LEE-000259 | 7-Nov-19 | Body worn camera footage - Morse (2) |
| 51 | LEE-000260 | LEE-000260 | 7-Nov-19 | Body worn camera footage - Solomon |
| 52 | LEE-000264 | LEE-000264 | 7-Nov-19 | Body worn camera footage - Jackson (1) |
| 53 | LEE-000263 | LEE-000263 | 7-Nov-19 | Body worn camera footage - Jackson (2) |
| 54 | LEE-000270 | LEE-000270 | 7-Nov-19 | Body worn camera footage - Elzey (1) |
| 55 | LEE-000265 | LEE-000265 | 7-Nov-19 | Body worn camera footage - Elzey (2) |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 56 | LEE-000266 | LEE-000266 | 7-Nov-19 | Body worn camera footage - Reynoso |
| 57 | LEE-000268 | LEE-000268 | 7-Nov-19 | Body worn camera footage - Thompson |
| 58 | LEE-000269 | LEE-000269 | 7-Nov-19 | Body worn camera footage - Obot |
| 59 | LEE-000245 | LEE-000245 | 7-Nov-19 | Body worn camera footage - Gong |
| 60 | LEE-000009 | LEE-000009 | 7-Nov-19 | Crime Scene Log |
| 61 | LEE-000010 | LEE-000014 | 7-Nov-19 | Photos of crime scene |
| 62 | LEE-000006 | LEE-000006 | 7-Nov-19 | Recording of Cold Show Admonition |
| 63 | LEE-000007 | LEE-000008 | 7-Nov-19 | Cold Show Admonition Form |
| 64 | LEE-000016 | LEE-000016 | 7-Nov-19 | Recording of cold show |
| 65 | LEE-000162 | LEE-000162 | | Photo of shell casing found at scene |
| 66 | LEE-000163 | LEE-000163 | | Photo of shell casing found at scene |
| 67 | LEE-000164 | LEE-000164 | | Photo of shell casing found at scene |
| 68 | LEE-000165 | LEE-000165 | | Photo of shell casing found at scene |
| 69 | LEE-000166 | LEE-000166 | | Photo of shell casing found at scene |
| 70 | LEE-000167 | LEE-000167 | | Photo of shell casing found at scene |
| 71 | LEE-000168 | LEE-000168 | | Photo of shell casing found at scene |
| 72 | LEE-000176 | LEE-000176 | | Photo of shell casing found at scene |
| 73 | LEE-000177 | LEE-000177 | | Photo of shell casing found at scene |
| 74 | LEE-000183 | LEE-000183 | 7-Nov-19 | Photo of the defendant's car |
| 75 | LEE-000184 | LEE-000184 | 7-Nov-19 | Photo of the defendant's car |
| 76 | LEE-000185 | LEE-000185 | 7-Nov-19 | Photo of the defendant's car |
| 77 | LEE-000186 | LEE-000186 | 7-Nov-19 | Photo of the defendant's car |
| 78 | LEE-000187 | LEE-000187 | 7-Nov-19 | Photo of the defendant's car |
| 79 | LEE-000188 | LEE-000188 | 7-Nov-19 | Photo of the defendant's car |
| 80 | LEE-000189 | LEE-000189 | 7-Nov-19 | Photo of the defendant's car |
| 81 | LEE-000190 | LEE-000190 | 7-Nov-19 | Photo of the defendant's car |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 82 | LEE-000191 | LEE-000191 | 7-Nov-19 | Photo of the defendant |
| 83 | LEE-000192 | LEE-000192 | 7-Nov-19 | Photo of the defendant |
| 84 | LEE-000193 | LEE-000193 | 7-Nov-19 | Photo of the defendant |
| 85 | LEE-000194 | LEE-000194 | 7-Nov-19 | Photo of the defendant |
| 86 | LEE-000195 | LEE-000195 | 7-Nov-19 | Photo of the defendant's clothing |
| 87 | LEE-000101 | LEE-000105 | 7-Nov-19 | SFPD Search Warrant |
| 88 | LEE-000106 | LEE-000145 | 7-Nov-19 | Search Warrant Photos |
| 89 | LEE-000244 | LEE-000244 | 7-Nov-19 | Body worn camera footage - Ochoa |
| 90 | LEE-000243 | LEE-000243 | 7-Nov-19 | Body worn camera footage - Taylor |
| 91 | LEE-000262 | LEE-000262 | 7-Nov-19 | Body worn camera footage - Hallisy |
| 92 | LEE-000267 | LEE-000267 | 7-Nov-19 | Body worn camera footage - Leong |
| 93 | LEE-000242 | LEE-000242 | 7-Nov-19 | Body worn camera footage - Crosby |
| 94 | LEE-000148 | LEE-000148 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 95 | LEE-000149 | LEE-000149 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 96 | LEE-000150 | LEE-000150 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 97 | LEE-000151 | LEE-000151 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 98 | LEE-000152 | LEE-000152 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 99 | LEE-000153 | LEE-000153 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 100 | LEE-000154 | LEE-000154 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 101 | LEE-000155 | LEE-000155 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 102 | LEE-000156 | LEE-000156 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 103 | LEE-000157 | LEE-000157 | 7-Nov-19 | Photo of evidence seized during search warrant |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 104 | LEE-000158 | LEE-000158 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 105 | LEE-000159 | LEE-000159 | 7-Nov-19 | Photo of evidence seized during search warrant |
| 106 | LEE-000169 | LEE-000169 | | Photo of firearm seized during search warrant execution |
| 107 | LEE-000170 | LEE-000170 | | Photo of firearm seized during search warrant execution |
| 108 | LEE-000171 | LEE-000171 | | Photo of firearm seized during search warrant execution |
| 109 | LEE-000172 | LEE-000172 | | Photo of ammunition from firearm seized during search warrant execution |
| 110 | LEE-000173 | LEE-000173 | | Photo of ammunition from firearm seized during search warrant execution |
| 111 | LEE-000174 | LEE-000174 | | Photo of ammunition from firearm seized during search warrant execution |
| 112 | LEE-000175 | LEE-000175 | | Photo of ammunition from firearm seized during search warrant execution |
| 113 | LEE-000017 | LEE-000017 | 7-Nov-19 | Recording of interview of Jason Lee |
| 114 | LEE-000397 | LEE-000398 | 8-Nov-19 | SFPD Firearm Information Report |
| 115 | LEE-002022 | LEE-002024 | | CV - Lyn O'Connor (CSI) |
| 116 | LEE-000271 | LEE-000281 | 30-Aug-21 | Application for Search Warrant - DNA |
| 117 | LEE-000285 | LEE-000288 | 30-Aug-21 | Search Warrant for DNA |
| 118 | LEE-000372 | LEE-000372 | 22-Sep-21 | DNA Search Warrant filed Returns |
| 119 | LEE-000388 | LEE-000388 | 7-Sep-21 | FBI 302 - DNA |
| 120 | LEE-000373 | LEE-000380 | 2-Aug-21 | CV - Gary Harmor (DNA) |
| 121 | LEE-000298 | LEE-000302 | 16-Sep-21 | DNA Expert Report |
| 122 | LEE-000303 | LEE-000304 | 10-Sep-21 | Globalfiler Allele Table |
| 123 | LEE-000305 | LEE-000306 | 15-Sep-21 | Probabalistic Genotyping |
| 124 | LEE-000307 | LEE-000307 | 16-Sep-21 | Technical Review Checklist |
| 125 | LEE-000308 | LEE-000318 | 16-Sep-21 | GeneMapper Data |
| 126 | LEE-000319 | LEE-000326 | 16-Sep-21 | GeneMapper Data |
| 127 | LEE-000327 | LEE-000328 | 9-Sep-21 | Globalfiler Amp |
| 128 | LEE-000329 | LEE-000330 | 9-Sep-21 | Exhibit Sheet: Reference Sample and Swabs |
| 129 | LEE-000331 | LEE-000332 | 16-Sep-21 | DNA Extraction |
| 130 | LEE-000333 | LEE-000333 | 16-Sep-21 | DNA Photo Logs |
| 131 | LEE-000334 | LEE-000335 | 16-Sep-21 | Quanitification Report |
| 132 | LEE-000336 | LEE-000336 | 16-Sep-21 | DNA Evidence Receipt and Storage |
| 133 | LEE-000337 | LEE-000338 | | DNA Case Submission Form |
| 134 | LEE-000339 | LEE-000339 | 16-Sep-21 | Communication Log |
| 135 | LEE-000340 | LEE-000340 | | DNA Testing Photo |
| 136 | LEE-000341 | LEE-000341 | | DNA Testing Photo |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 137 | LEE-000342 | LEE-000342 | | DNA Testing Photo |
| 138 | LEE-000343 | LEE-000343 | | DNA Testing Photo |
| 139 | LEE-000344 | LEE-000344 | | DNA Testing Photo |
| 140 | LEE-000345 | LEE-000345 | | DNA Testing Photo |
| 141 | LEE-000346 | LEE-000346 | | DNA Testing Photo |
| 142 | LEE-000347 | LEE-000347 | | DNA Testing Photo |
| 143 | LEE-000348 | LEE-000348 | | DNA Testing Photo |
| 144 | LEE-000349 | LEE-000349 | | DNA Testing Photo |
| 145 | LEE-000350 | LEE-000350 | | DNA Testing Photo |
| 146 | LEE-000351 | LEE-000351 | | DNA Testing Photo |
| 147 | LEE-000352 | LEE-000352 | | DNA Testing Photo |
| 148 | LEE-000353 | LEE-000353 | | DNA Testing Photo |
| 149 | LEE-000354 | LEE-000354 | | DNA Testing Photo |
| 150 | LEE-000355 | LEE-000355 | | DNA Testing Photo |
| 151 | LEE-000356 | LEE-000356 | | DNA Testing Photo |
| 152 | LEE-000357 | LEE-000357 | | DNA Testing Photo |
| 153 | LEE-002034 | LEE-002037 | | CV - Amy Bartholomew (Fingerprint) |
| 154 | LEE-002039 | LEE-002047 | 13-Oct-21 | Fingerprint Expert Report |
| 155 | LEE-002049 | LEE-002049 | | Fingerprint Photo |
| 156 | LEE-002050 | LEE-002050 | | Fingerprint Photo |
| 157 | LEE-002051 | LEE-002051 | | Fingerprint Photo |
| 158 | LEE-002052 | LEE-002052 | | Fingerprint Photo |
| 159 | LEE-002053 | LEE-002053 | | Fingerprint Photo |
| 160 | LEE-000015 | LEE-000015 | 7-Nov-19 | GSR Collection Form |
| 161 | LEE-000254 | LEE-000254 | 7-Nov-19 | Body worn camera footage - Ng (2) |
| 162 | LEE-001132 | LEE-001135 | 8-Sep-21 | CV - Trevor Gillis (GSR) |
| 163 | LEE-000965 | LEE-000980 | 5-Oct-21 | GSR Expert Report |
| 164 | LEE-001000 | LEE-001003 | | CV - Paul Greene (ShotSpotter) |
| 165 | LEE-000981 | LEE-000990 | 1-Oct-21 | ShotSpotter Detailed Forensic Report |
| 166 | LEE-001092 | LEE-001092 | 7-Nov-19 | ShotSpotter Audio Recording |
| 167 | LEE-001093 | LEE-001093 | 8-Nov-19 | ShotSpotter Audio Recording |
| 168 | LEE-001094 | LEE-001094 | 9-Nov-19 | ShotSpotter Audio Recording |
| 169 | LEE-001095 | LEE-001095 | 10-Nov-19 | ShotSpotter Audio Recording |
| 170 | LEE-000381 | LEE-000384 | 7-Nov-19 | ShotSpotter Investigative Lead Summary |
| 171 | LEE-000370 | LEE-000371 | | CV - Kristen Larsen (Interstate Nexus) |
| 172 | LEE-000368 | LEE-000369 | 10-Sep-21 | Interstate Nexus Expert Report |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 173 | LEE-000001 | LEE-000001 | 23-Jul-21 | ATF Firearms Trace Summary |
| 174 | LEE-000959 | LEE-000964 | 11-Aug-16 | Judgment in Criminal Case No. 3:09-cr-00193-CRB |
| 175 | LEE-000018 | LEE-000032 | 7-Nov-19 | SFPD Incident Report |
| 176 | LEE-000002 | LEE-000005 | 7-Nov-19 | SFPD Report - Chronology |
| 177 | LEE-000289 | LEE-000297 | 7-Nov-19 | SFPD Incident Report (Fight) |
| 178 | LEE-000033 | LEE-000034 | 7-Nov-19 | SFPD Arrest Report |
| 179 | LEE-000389 | LEE-000389 | 2-Sep-21 | FBI 302 - Chain of Custody |
| 180 | LEE-000393 | LEE-000393 | 23-Sep-21 | FBI 302 - Chain of Custody |
| 181 | LEE-000394 | LEE-000394 | 19-Jul-21 | FBI 302 - Chain of Custody |
| 182 | LEE-000396 | LEE-000396 | 7-Sep-21 | FBI 302 - DNA |
| 183 | LEE-001676 | LEE-001676 | 12-Oct-21 | FBI 302 - Witness Interview |
| 184 | LEE-001677 | LEE-001677 | 12-Oct-21 | FBI 302 - Witness Interview |
| 185 | LEE-001678 | LEE-001678 | 12-Oct-21 | FBI 302 - Witness Interview |
| 186 | LEE-001679 | LEE-001679 | 12-Oct-21 | FBI 302 - Witness Interview |
| 187 | LEE-001680 | LEE-001680 | 12-Oct-21 | FBI 302 - Witness Interview |
| 188 | LEE-001681 | LEE-001681 | 12-Oct-21 | FBI 302 - Witness Interview |
| 189 | LEE-001682 | LEE-001682 | 12-Oct-21 | FBI 302 - Witness Interview |
| 190 | LEE-001683 | LEE-001684 | 12-Oct-21 | FBI 302 - Witness Interview |
| 191 | LEE-002038 | LEE-002038 | 12-Oct-21 | FBI 302 - Witness Interview |
| 192 | LEE-002201 | LEE-002201 | 5-Nov-21 | FBI 302 - Chain of Custody |
| 193 | LEE-002202 | LEE-002202 | 21-Oct-21 | FBI 302 - Chain of Custody |
| 194 | LEE-002203 | LEE-002203 | 5-Nov-21 | FBI 302 - Chain of Custody |
| 195 | LEE-002204 | LEE-002205 | 4-Nov-21 | SFPD Crime Lab Request for Examination |
| 196 | LEE-002206 | LEE-002206 | 4-Nov-21 | SFPD Criminalistics Laboratory Evidence Receipt, Storage and Disposition Log |
| 197 | LEE-002207 | LEE-002207 | 5-Nov-21 | FBI 302 - Witness Interview |
| 198 | LEE-002208 | LEE-002208 | 4-Nov-21 | FBI 302 - Witness Interview |
| 199 | LEE-002209 | LEE-002209 | 17-Nov-21 | FBI 302 - Expert Reports |
| 200 | LEE-002210 | LEE-002211 | 16-Nov-21 | FBI 302 - Expert Reports |
| 201 | LEE-002212 | LEE-002213 | 18-Nov-19 | FBI 302 - Expert Reports |
| 202 | LEE-002244 | LEE-002244 | 7-Nov-19 | BWC Excerpt - Halligan (1) |
| 203 | LEE-002245 | LEE-002245 | 8-Nov-19 | BWC Excerpt - Halligan (2) |
| 204 | LEE-002246 | LEE-002246 | 9-Nov-19 | BWC Excerpt - Ng (1) |
| 205 | LEE-002247 | LEE-002247 | 10-Nov-19 | BWC Excerpt - Ng (2) |
| 206 | LEE-002248 | LEE-002248 | 11-Nov-19 | BWC Excerpt - Ochoa (2) |
| 207 | LEE-002249 | LEE-002249 | 12-Nov-19 | BWC Excerpt - Ochoa (1) |
| 208 | LEE-002250 | LEE-002250 | 13-Nov-19 | BWC Excerpt - Taylor |
| 209 | LEE-002232 | LEE-002234 | 8-Dec-20 | CV of Jeremy Tizcon |
| 210 | LEE-002216 | LEE-002229 | 18-Nov-19 | Expert Report - NIBIN-CGIC |

*United States v. Jason Lee* **(Case No. 3:21-cr-00289-CRB)**
**United States' Exhibit List**

| Exhibit No. | Beg. Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 211 | LEE-002235 | LEE-002242 | 21-Sep-21 | CV of Mark Proia |
| 212 | LEE-002230 | LEE-002231 | 16-Nov-21 | Expert Report - Firearm and Toolmark |
| 213 | LEE-002214 | LEE-002214 | | Photo of shell casings |
| 214 | LEE-002215 | LEE-002215 | | Photo of shell casings |
| 215 | LEE-002197 | LEE-002198 | 16-Nov-21 | Toolmark Analysis Notes |
| 216 | LEE-002243 | LEE-002243 | 18-Nov-21 | SFPD Criminalistics Laboratory Evidence Receipt, Storage and Disposition Log |