| | |
|---|---|
| 1 | COOLEY LLP |
| | MATTHEW D. BROWN (196972) |
| 2 | (brownmd@cooley.com) |
| | REECE TREVOR (316685) |
| 3 | (rtrevor@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 4 | San Francisco, California  94111-4004 |
| | Telephone:    +1 415 693 2000 |
| 5 | Facsimile:     +1 415 693 2222 |
| 6 | Attorneys for SHOTSPOTTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00289-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW D. BROWN FOR SHOTSPOTTER, INC.** |
| v. | |
| JASON LEE, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
OF MATTHEW D. BROWN
CASE NO. 21-CR-00289-CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that ShotSpotter, Inc. ("ShotSpotter") files this Notice of Appearance and hereby notifies the Court and all parties that Matthew D. Brown of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for ShotSpotter in the above-referenced matter.

All pleadings, correspondence, and other materials should be served upon counsel at:

Matthew D. Brown (brownmd@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:       (415) 693-2222

Dated: December 22, 2021                              COOLEY LLP

                                                      By: */s/ Matthew D. Brown*
                                                           Matthew D. Brown

                                                      Attorneys for SHOTSPOTTER, INC.

261277573

Cooley LLP
Attorneys at Law
San Francisco

2

Notice of Appearance
of Matthew D. Brown
Case No. 21-CR-00289-CRB